IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ROBERT J. BURGESS | : | Date of Notice: September 17, 2003 |
| vs. | : |  |
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 02-3694 |

TAKE NOTICE that the above-captioned matter is scheduled for  NON-JURY TRIAL   in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on December 15, 2003, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,


Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam


COPIES BY MAIL ON    9/17/03     TO:  Robert J. Burgess, pro se
                                      Beatrice T. Saiz, Esquire