**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing UNITED STATES' MOTION FOR SUMMARY JUDGMENT, DECLARATION OF EDWARD J. DEVINE, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT, EXHIBITS 1-9 and proposed ORDER have been caused to be served this _____ day of November, 2003, by directing that true and correct copies thereof be placed in the United States mail, postage prepaid, addressed as follows:

    Robert J. Burgess
    41 Blackbranch Road
    Bloomsburg, PA 17815

                                                                                        BEATRIZ T. SAIZ