Z 895 795 497

Date:
JULY 01, 2000

Taxpayer Identifying Number:
171-4

Contact Telephone Number:
TOLL FREE: 1-800-829-7650
BEST TIME TO CALL:
8:00 AM TO 4:30 PM
TUESDAY, WEDNESDAY AND THURSDAY

ROBERT J BURGESS
41 BACK BRANCH RD
BLOOMSBURG  PA    17815-8950411

Department of the Treasury
Internal Revenue Service
P.O. BOX 57
BENSALEM, PA. 19020

## Final Notice - Notice of Intent to Levy and Notice of Your Right to a Hearing
### Please Respond Immediately

You have not paid your federal tax. We previously asked you to pay but we still haven't received full payment. This letter is your notice of our intent to levy under Internal Revenue Code Section (IRC) 6331 and your notice of a right to receive Appeals consideration under IRC 6330. PLEASE CALL US IMMEDIATELY at one of the telephone numbers shown above if you recently made a payment or can't pay the amount you owe.

We may file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is public notice to your creditors that the government has a right to your interests in your current assets and assets you acquire after we file a lien.

If you don't pay this amount, make alternative arrangements to pay, or request Appeals consideration within 30 days from the date of this letter, we may take your property or rights to property such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income to collect the amount you owe. See the enclosed Publication 594, Understanding the Collection Process, for additional information about this and see Publication 1660 which explains your right to a hearing. The enclosed Form 12153 is used to request a hearing.

To prevent enforced collection actions, please send us full payment today for the amount you owe shown on the back of this letter. Make your check or money order payable to the United States Treasury. Write your social security number or employer identification number and the tax year on your payment. Send your payment in the enclosed envelope with a copy of this letter.

Enclosures:
Copy of letter
Form 12153
Publication 594
Publication 1660
Envelope

*171448294103*



L. G. DOWD
Chief, Automated Collection Branch

RECEIVED
07 26 00
IRS

Letter 1058 (Rev. 01-1999)(LT-11)

| Account Summary | | ROBERT J BURGESS | | 171-4 | |
|---|---|---|---|---|---|
| Type of Tax | Period Ending | Assessed Balance | Statutory Additions | Total | |
| CIVPEN | 12-31-1995 | $ 500.00 | $ 13.21 | $ 513.21 | |
| CIVPEN | 12-31-1996 | $ 500.00 | $ 13.21 | $ 513.21 | |
| CIVPEN | 12-31-1998 | $ 500.00 | $ 13.21 | $ 513.21 | |
| | | | Total Amount Due | $ 1,539.63 | |
| Type of Tax | Period Ending | Name of Return | | | |

Department of the Treasury -- Internal Revenue Service