# Form 1040 U.S. Individual Income Tax Return (M) 1995

Department of Treasury—Internal Revenue Service

For the year Jan. 1–Dec. 31, 1995, or other tax year beginning _____ , 1995, ending _____ , 19 ___

IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

**Label** (See instructions on page 11.)

Use the IRS label. Otherwise, please print or type.

Your first name and initial: **Robert J.**
Last name: **Burgess**
Your social security number: **171 | 41 |**

If a joint return, spouse's first name and initial: _____
Last name: _____
Spouse's social security number: _____

Home address (number and street). If you have a P.O. box, see page 11.
**41 Back Branch Rd**
Apt. no.: _____

City, town or post office, state, and ZIP code. If you have a foreign address, see page 11.
**Bloomsburg, PA 17815**

**Presidential Election Campaign** (See page 11.)
Do you want $3 to go to this fund? ......... Yes [ ] No [ ]
If a joint return, does your spouse want $3 to go to this fund? .......... Yes [ ] No [ ]

Note: Checking "Yes" will not change your tax or reduce your refund.

For Privacy Act and Paperwork Reduction Act Notice, see page 7.

**Filing Status** (See page 11.) Check only one box.
1. [✓] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶ _____
4. [ ] Head of household (with qualifying person). (See page 12.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ___ ). (See page 12.)

**Exemptions** (See page 12.)
6a [✓] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2.
b [ ] Spouse
c Dependents:
  (1) First name / Last name
  (2) Dependent's social security number. If born in 1995, see page 13.
  (3) Dependent's relationship to you
  (4) No. of months lived in your home in 1995

If more than six dependents, see page 13.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed

No. of boxes checked on 6a and 6b: **1**
No. of your children on 6c who:
• lived with you _____
• didn't live with you due to divorce or separation (see page 14) _____
Dependents on 6c not entered above _____
Add numbers entered on lines above ▶ **1**

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 14.

Enclose, but do not attach, your payment and payment voucher. See page 33.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 0 00 |
| 8a | Taxable interest income (see page 15). Attach Schedule B if over $400 | 8a | 0 |
| b | Tax-exempt interest (see page 15). DON'T include on line 8a | 8b | |
| 9 | Dividend income. Attach Schedule B if over $400 | 9 | 0 00 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 15) | 10 | 0 |
| 11 | Alimony received | 11 | 0 00 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 0 |
| 13 | Capital gain or (loss). If required, attach Schedule D (see page 16) | 13 | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | 0 |
| 15a | Total IRA distributions . 15a _____  b Taxable amount (see page 16) | 15b | 0 |
| 16a | Total pensions and annuities 16a _____  b Taxable amount (see page 16) | 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 0 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | 0 |
| 19 | Unemployment compensation (see page 17) | 19 | 0 |
| 20a | Social security benefits 20a _____  b Taxable amount (see page 18) | 20b | 0 |
| 21 | Other income. List type and amount—see page 18 _____ | 21 | 0 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 0 00 |

**Adjustments to Income**

| | | |
|---|---|---|
| 23a | Your IRA deduction (see page 19) | 23a | |
| b | Spouse's IRA deduction (see page 19) | 23b | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F | 24 | |
| 25 | One-half of self-employment tax | 25 | |
| 26 | Self-employed health insurance deduction (see page 21) | 26 | |
| 27 | Keogh & self-employed SEP plans. If SEP, check ▶ [ ] | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ _____ | 29 | |
| 30 | Add lines 23a through 29. These are your **total adjustments** ▶ | 30 | |

**Adjusted Gross Income**

31 Subtract line 30 from line 22. This is your **adjusted gross income**. If less than $26,673 and a child lived with you (less than $9,230 if a child didn't live with you), see "Earned Income Credit" on page 27 ▶ | 31 | 0 00

GOVERNMENT EXHIBIT 3 (PENCAD-Burgess, N.J.)

Cat. No. 11320B
25
Form **1040** (1995)

| | | | | | |
|---|---|---|---|---|---|
| **Tax Computation** (See page 23.) | 32 | Amount from line 31 (adjusted gross income) | | 32 | 0 00 |
| | 33a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | | |
| | b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | | |
| | c | If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 23 and check here ▶ 33c ☐ | | | |
| | 34 | Enter the larger of your: **Itemized deductions** from Schedule A, line 28, OR **Standard deduction** shown below for your filing status. But if you checked any box on line 33a or b, go to page 23 to find your standard deduction. If you checked **box 33c**, your standard deduction is zero. • Single—$3,900 • Married filing jointly or Qualifying widow(er)—$6,550 • Head of household—$5,750 • Married filing separately—$3,275 | | 34 | 3900 00 |
| | 35 | Subtract line 34 from line 32 | | 35 | -3900 00 |
| | 36 | If line 32 is $86,025 or less, multiply $2,500 by the total number of exemptions claimed on line 6e. If line 32 is over $86,025, see the worksheet on page 23 for the amount to enter | | 36 | 2,500 00 |
| **If you want the IRS to figure your tax, see page 35.** | 37 | **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | | 37 | 0 00 |
| | 38 | Tax. Check if from a ☐ Tax Table, b ☐ Tax Rate Schedules, c ☐ Capital Gain Tax Worksheet, or d ☐ Form 8615 (see page 24). Amount from Form(s) 8814 ▶ e _____ | | 38 | |
| | 39 | Additional taxes. Check if from a ☐ Form 4970 b ☐ Form 4972 | | 39 | |
| | 40 | Add lines 38 and 39 ▶ | | 40 | |
| **Credits** (See page 24.) | 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | | |
| | 43 | Foreign tax credit. Attach Form 1116 | 43 | | |
| | 44 | Other credits (see page 25). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) _____ | 44 | | |
| | 45 | Add lines 41 through 44 | | 45 | |
| | 46 | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- ▶ | | 46 | 0 00 |
| **Other Taxes** (See page 25.) | 47 | Self-employment tax. Attach Schedule SE | | 47 | 0 |
| | 48 | Alternative minimum tax. Attach Form 6251 | | 48 | 0 |
| | 49 | Recapture taxes. Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | | 49 | 0 |
| | 50 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 50 | 0 |
| | 51 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | | 51 | 0 |
| | 52 | Advance earned income credit payments from Form W-2 | | 52 | 0 |
| | 53 | Household employment taxes. Attach Schedule H | | 53 | 0 |
| | 54 | Add lines 46 through 53. This is your **total tax** ▶ | | 54 | 0 00 |
| **Payments** Attach Forms W-2, W-2G, and 1099-R on the front. | 55 | Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ | 55 | | |
| | 56 | 1995 estimated tax payments and amount applied from 1994 return | 56 | | |
| | 57 | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amount ▶ _____ and type ▶ _____ | 57 | | |
| | 58 | Amount paid with Form 4868 (extension request) | 58 | | |
| | 59 | Excess social security and RRTA tax withheld (see page 32) | 59 | | |
| | 60 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 60 | | |
| | 61 | Add lines 55 through 60. These are your **total payments** ▶ | | 61 | 0 00 |
| **Refund or Amount You Owe** | 62 | If line 61 is more than line 54, subtract line 54 from line 61. This is the amount you **OVERPAID** | | 62 | 0 |
| | 63 | Amount of line 62 you want **REFUNDED TO YOU** ▶ | | 63 | 0 |
| | 64 | Amount of line 62 you want **APPLIED TO YOUR 1996 ESTIMATED TAX** ▶ | 64 | | |
| | 65 | If line 54 is more than line 61, subtract line 61 from line 54. This is the **AMOUNT YOU OWE.** For details on how to pay and use **Form 1040-V,** Payment Voucher, see page 33 ▶ | | 65 | 0 00 |
| | 66 | Estimated tax penalty (see page 33). Also include on line 65 | 66 | | |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ [signed]   Date 4/30/98   Your occupation ELECTRICIAN

Spouse's signature. If a joint return, BOTH must sign. ▶   Date   Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ▶   Date   Check if self-employed ☐   Preparer's social security no.

Firm's name (or yours if self-employed) and address ▶   EIN   ZIP code

I, *ROBERT BURGESS*, am submitting this as part of my 19*95* income tax return, even though I know that no section of the Internal Revenue Code:

1) Establishes an income tax "liability" as, for example, Code Sections 4401, 5005, and 5703 do with respect to wagering, alcohol, and tobacco taxes;

2) Provides that income taxes "have to be paid on the basis of a return"- as, for example, Code Sections 4374, 4401(c), 5061(a) and 5703(b) do with respect to other taxes; I am filing anyway because I know the government has prosecuted others for failing to file income tax returns by (erroneously) invoking Code Sections 7201 and 7203. Therefore, this return is not being filed voluntarily but is being filed out of fear that if I did not file this return I could also be (illegally) prosecuted for failing to file an income tax return for the year 19*95*.

3) In addition to the above, I am filing even though the "Privacy Act Notice" as contained in a 1040 booklet clearly informs me that I am not required to file. It does so in at least two places.
   a) In one place, it states that I need only file a return for "any tax" I may be "liable" for. Since no Code Section makes me "liable" for income taxes, this provision notifies me that I do not have to file an income tax return.
   b) In another place, it directs me to Code Section 6001. This section provides, in relevant part, that "Whenever in the judgment of the Secretary it is necessary, he may require any person *by notice served on such person;* or by regulations, to make such returns, render such statements, or keep such records, as the Secretary deems sufficient to show whether or not such person is liable for the tax under this title." Since the Secretary of the Treasury did not "serve" me with any such "notice" and since no legislative regulation exists requiring anyone to file an income tax return, I am again informed by the "Privacy Act Notice" that I am not required to file an income tax return.

4) With respect to the information I included in my return, I wish to point out that the courts have ruled that: "A (1040) form with 'zeros' inserted in the space provided...qualified as a return." See *U.S. v. Long*, 618 F 2d 74 (9th Cir. 1980), *U.S. v. Kimball*, 896 F. 2d 1218 (9th Cir. 1990) *U. S. V. Moore*, 627 F. 2d 830 (7th Cir. 1980), and a Las Vegas bankruptcy court held that "Zeroes entered on a Form 1040 constitutes a return." *Cross v. U.S.*, 91-2 USTC p. 50,318, Banker. L. Rep p. 7404..

5) Please note, that my 19*95* return also constitutes a claim for refund pursuant to Code Section 6402.

6) It should also be noted that I had "zero" income according to the Supreme Court's definition of income (See Note #1), since in *Merchant's Loan & Trust C. V. Smietanka*, 255 U.S. 509, (at pages 518 & 519) that court held that "The word (income) must be given the same meaning in all of the Income Tax Acts of Congress that was given to it in the Corporation Excise Tax Act of 1909." Therefore since I had no earnings in 19*95* that would have been taxable as "income" under the Corporation Excise Tax Act of 1909, I can only swear to having "zero" income in 19*95*. Obviously, since I know the legal definition of "income", if I were to swear to having received any other amount of "income," I would be committing perjury under both 18 U.S.C. 1621 and U.S.C. 7206. Therefore, not wishing to commit perjury under either statute, I can only swear to having "zero" income for 19*95*.

7) I am also putting the IRS on notice that my 1995 tax return and claim for refund can not be considered "frivolous" on *any basis - pursuant to Code Section 6702. For one thing,* there is no statute that requires me to make a "self-assessment." Therefore, how can I be charged with a penalty for not doing something - *allegedly* incorrectly - that *no statute requires me do at all?* In addition, my return and claim for refund is based on 13 Supreme Court decisions, 9 Internal Revenue Code Sections, 3 Privacy Act Notice provisions, and numerous other references. As such, it can not be termed "frivolous" *on any basis* as the term is defined and understood. Additionally, my return is not designed to "delay or impede the administration of Federal income tax laws," since

it is designed to be my *final statement* under those "laws." Furthermore, no IRS employee has any delegated authority to determine if a return is "frivolous" and to impose a penalty, nor is there any *legislative* regulation implementing Section 6702. Therefore, that Statute is benign.

8) Moreover, since no assessment for 1995 income taxes (as provided for in Chapter 63) has ever been made against me, the IRS has no legal basis to hold the $ 0 of my money it is now holding for 1995 income taxes.

9) In addition to paragraph 8 above, Code Sections 31(a)(1) and 1462 provide that any amount withheld under Section 3402 can be "credited against the amount of income tax as computed in such return." Therefore pursuant to these sections I am entitled to have refunded to me the full amount of this credit, which I am requesting that you send to me forthwith..

10) In addition, don't notify me that the IRS is "changing" my return, since there is no statute that allows the IRS to do that. You might prepare a return (pursuant to Code Section 6020(b), where no return is filed, but as in this case, a return has been filed, no statute authorises IRS personal to "change" that return.

11) Should the Service disagree with the figures and amounts shown on my tax return and claim for refund, then I demand an **office or field audit** to discuss these differences as required by the Administrative Procedure Act (APA), 5 USC 551 (1) as provided and specified for in **Treasury Regulation 601.105** and as specified and provided for in IRS documents, Publication 5, **Appeal Rights and Preparation of Protests for Unagreed Cases** and Publication 1, **Your Rights As A Taxpayer** before any "changes" in my return are made and/or any penalties are proposed or imposed. In addition, if any "determination" is made that changes in my return are warranted, I demand to be notified *as to where and when* I may "inspect" the "text of any written determination and any background file documents relating to such a determination" as provided by 26 USC 6110.

12) In addition, I will hold IRS employees who disregard the statutes, court decisions, Privacy Act Notice provisions and other references contained in this document, accountable, pursuant to 26 USC 7214 and 18 USC 241. Section 7214 makes it a crime for IRS agents to seek to extract "other or greater sums than authorized by law" and to engage in "extortion and willful oppression under color of law." To the extent that any IRS employees capriciously, wantonly, and arbitrarily disregard the court decisions, statutes, and other references contained in this document, they will be in criminal violation of these statutes, and are accordingly being *put on such notice.*

**\*Note #1:** The word "income is not defined in the Internal Revenue Code. *U.S. v. Ballard,* 535 F.2d 400, 404. But, as stated above, it can only be a derivative of corporate activity. The Supreme Court has held this numerous times. "Whatever difficulty there may be about a precise and scientific definition of "income" it imports, as used here...the idea of gain or increase arising from corporate activities," *Doyle v. Mitchell,* 247 U.S. 179. "Certainly the term "income" has no other meaning in the 1913 Act than in that of 1909 (See; *Stratton's Independence v. Howbert,* 231 U.S. 406, Pages 409-413), and...we assume that there is no difference in its meaning as used in the two acts." *Southern Pacific Co. v. John Z. Lowe Jr.,* 247 U.S. 330, 335; *Bowers v. Kerbaugh-Empire Company,* 271 U.S. 170 (1926 page 174; *Goodrich v. Edwards,* 255 U.S. 527; *United States v. Supplee-Biddle Hardware Co.,* 265 U.S. 189; *United States v. Phellis,* 257 U.S. 156; *Miles v. Safe Deposit & T. Co.,* 259 U.S. 247; *Irwin v. Gavit,* 268 U.S. 161; *Edwards v. Cuba R. Co.,* 268 U.S. 628; *Burnett v. Harmel,* 287 U.S. 103, 108, (1932); *Lucas v. Earl,* 281 U.S. 111.