CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

ROBERT J BURGESS                              EIN/SSN: 171-4


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN         PERIOD ENDING: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | MISCELLANEOUS PENALTY 28254-470-52003-0  200012 | 500.00 | | 04-03-2000 |
| | ADDITIONAL TAX ASSESSED 28254-470-52003-0  200012 | 0.00 | | 04-03-2000 |
| 07-01-2000 | INTENT TO LEVY COLLECTION DUE PROCESS LEVY NOTICE ISSUED | | | |
| 07-05-2000 | INTENT TO LEVY COLLECTION DUE PROCESS RETURN RECEIPT SIGNED | | | |
| 07-26-2000 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 04-03-2000 | Statutory Notice of Balance Due | | | |
| 05-29-2000 | Statutory Notice of Intent to Levy | | | |

FORM 4340   (REV. 10-2000)                      PAGE     1


GOVERNMENT'S EXHIBIT 6

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
ROBERT J BURGESS                              EIN/SSN: 171-4



TYPE OF TAX: CIVIL PENALTY
FORM: CVPN          PERIOD ENDING: DEC  1995
---------------------------------------------------------------------------------


BALANCE            500.00

---------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME:      PAUL L. CZARNECKI

TITLE:           ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER

LOCAL DELEGATION ORDER:       11


LOCATION: INTERNAL REVENUE SERVICE
          PHILADELPHIA, PA

          ACCOUNT STATUS DATE 10/11/2001

FORM 4340   (REV. 10-2000)                        PAGE     2
```