```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

ROBERT J BURGESS                              EIN/SSN: 171-4


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        PERIOD ENDING: DEC  1996

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                        (REVERSAL)      (REVERSAL)     RAC 006 )
---------------------------------------------------------------------------

             MISCELLANEOUS PENALTY           500.00                    04-03-2000
             28254-470-52004-0   200012

             ADDITIONAL TAX ASSESSED           0.00                    04-03-2000
             28254-470-52004-0   200012

07-01-2000   INTENT TO LEVY COLLECTION
             DUE PROCESS
             LEVY NOTICE ISSUED

07-05-2000   INTENT TO LEVY COLLECTION
             DUE PROCESS
             RETURN RECEIPT SIGNED

07-26-2000   LEGAL/BANKRUPTCY SUIT
             PENDING

04-03-2000   Statutory Notice of Balance Due

05-29-2000   Statutory Notice of Intent to Levy


FORM 4340   (REV. 10-2000)                      PAGE    1
```

GOVERNMENT'S EXHIBIT 7

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ROBERT J BURGESS                                EIN/SSN: 171-4


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        PERIOD ENDING: DEC 1996
------------------------------------------------------------------------


BALANCE         500.00

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME:       PAUL L. CZARNECKI

TITLE:       ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER

LOCAL DELEGATION ORDER:         11


LOCATION: INTERNAL REVENUE SERVICE
          PHILADELPHIA, PA

          ACCOUNT STATUS DATE 10/11/2001

FORM 4340   (REV. 10-2000)                    PAGE     2