```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------
ROBERT J BURGESS                         EIN/SSN: 171-4


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN         PERIOD ENDING: DEC  1998

                                         ASSESSMENT,     PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION    OTHER DEBITS    CREDIT      DATE (23C,
                                         (REVERSAL)      (REVERSAL)  RAC 006 )
---------------------------------------------------------------------------

           MISCELLANEOUS PENALTY             500.00                  04-03-2000
           28254-470-52005-0   200012

           ADDITIONAL TAX ASSESSED             0.00                  04-03-2000
           28254-470-52005-0   200012

07-01-2000 INTENT TO LEVY COLLECTION
           DUE PROCESS
           LEVY NOTICE ISSUED

07-05-2000 INTENT TO LEVY COLLECTION
           DUE PROCESS
           RETURN RECEIPT SIGNED

07-26-2000 LEGAL/BANKRUPTCY SUIT
           PENDING

04-03-2000 Statutory Notice of Balance Due

05-29-2000 Statutory Notice of Intent to Levy


FORM 4340   (REV. 10-2000)                      PAGE     1
```



GOVERNMENT'S EXHIBIT 8

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ROBERT J BURGESS                              EIN/SSN: 171-4


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        PERIOD ENDING: DEC  1998
-------------------------------------------------------------------------------


BALANCE             500.00

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME:      PAUL L. CZARNECKI

TITLE:      ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER

LOCAL DELEGATION ORDER:         11


LOCATION: INTERNAL REVENUE SERVICE
          PHILADELPHIA, PA

          ACCOUNT STATUS DATE 10/11/2001

FORM 4340  (REV. 10-2000)                         PAGE     2
```