IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ROBERT J. BURGESS | : | Date of Notice:<br>December 12, 2003 |
| vs. | : |  |
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 02-3694 |

**AMENDED NOTICE**

TAKE NOTICE that the above-captioned matter is **rescheduled** for ORAL ARGUMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on January 26, 2004, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON    12/12/03    TO: Robert J. Burgess, pro se
                                     Beatrice T. Saiz, Esquire